M. P. No. 77-299. ALEXANDER DiGIGLIO *et al. v.* GENERAL MOTORS CORPORATION *et al.* The petition for writ of certiorari is denied. *Resmini, Fornaro & Colagiovanni, Ronald J. Resmini*, for plaintiffs-respondents. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria*, for defendant-petitioner.

M. P. No. 77-315. STATE *v.* GUY LANOUE. Because he failed to follow the avenue of direct appeal, the petitioner seeks a writ of certiorari from this court. However, before we can address the issue of the writ, certain questions of fact must be established. Because this court cannot take testimony in a proceeding of this nature, the case is remanded to the Superior Court for an evidentiary hearing. See *Lonardo* v. *Langlois*, 98 R.I. 493, 205 A.2d 19 (1964).

After a hearing and fact findings, the Superior Court shall return the record to this court. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for plaintiff-respondent. *William F. Reilly*, Public Defender, *Barbara Hurst*, Assistant Public Defender, for defendant-petitioner.